FILED \_\_\_\_ RECEIVED
ENTERED \_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-083-JCM-(CWH) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| DARYLL REESE, | |
| Defendant. | |

This Court finds that defendant Daryll Reese pled guilty to Counts One and Three of an Eight-Count Superseding Indictment charging him in Count One with Conspiracy to commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and in Count Three with Bank Fraud in violation of Title 18, United States Code, Section 1344. Superseding Indictment, ECF No. 101; Change of Plea, ECF No. \_\_; Plea Agreement, ECF No. \_\_.

This Court finds defendant Daryll Reese agreed to the imposition of the in personam criminal forfeiture money judgment of $399,988.18 set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Indictment, not to be held jointly and severally liable with any codefendants. Superseding Indictment, ECF No. 101; Change of Plea, ECF No. \_\_; Plea Agreement, ECF No. \_\_.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States

Code, Sections 1341, 1343, and 1344, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Sections 1341, 1343, and 1344, or Title 18, United States Code, Section 1349, conspiracy to violate such offenses, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

This Court finds that Daryll Reese shall pay an in personam criminal forfeiture money judgment of $399,988.18 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Daryll Reese an in personam criminal forfeiture money judgment of $399,988.18.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this ___ day of Aug, 2016.

_____
UNITED STATES DISTRICT JUDGE