DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-83-JCM-CWH |
| Plaintiff, | STIPULATION TO SENTENCING |
| vs. | (Second Request) |
| DARYLL REESE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Gabriel Grasso, Esq., counsel for defendant DARYLL REESE, that the sentencing hearing currently scheduled for February 6, 2017 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

1. The Defendant is not incarcerated and does not object to the continuance.

2. The parties need additional time to prepare for Defendant Reese's sentencing

1

hearing.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the second request for a continuance of the sentencing hearing.

DATED this 30th day of January, 2017.

| | |
|---|---|
| DANIEL G. BOGDEN,<br>United States Attorney<br>By: /s/ Lisa C. Cartier Giroux<br>LISA C. CARTIER GIROUX<br>Assistant United States Attorney | By: /s/ Gabriel Grasso<br>GABRIEL GRASSO, ESQ.<br>Counsel for Daryl Reese |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARYLL REESE,<br><br>Defendant. | 2:13-cr-83-JCM-CWH<br><br><u>ORDER</u> |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE OREDERED that sentencing in the above-captioned matter currently scheduled for February 6, 2017 at 10:00 a.m., be vacated and continued to **March 15, 2017 at 10:00 a.m.**

DATED February 1, 2017.

_____
THE HONORABLE JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE