FILED ___ RECEIVED
✓ ___ SERVED ON
ENTERED COUNSEL/PARTIES OF RECORD

MAY 3 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-083-JCM-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| DARYLL REESE, | |
| Defendant. | |

This Court found that Daryll Reese shall pay the in personam criminal forfeiture money judgment of $399,988.18, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 101; Plea Agreement, ECF No. 231; Change of Plea, ECF No. 238; Preliminary Order of Forfeiture, ECF No. 239.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Daryll Reese the in personam criminal forfeiture money judgment of $399,988.18 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record and three certified copies to the United States Attorney's
3 Office, Attention Asset Forfeiture Unit.

DATED this 30th day of May, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE